

## ORDER

**PER CURIAM.**

Appeal from convictions of sodomy, § 566.060, RSMo 1986, and sexual abuse in the first degree, § 566.100, RSMo 1986, and from the denial of appellant's Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).

## ORDER

**PER CURIAM:**

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Plaintiff–Respondent,**

**v.**

**Pedro M. HERNANDEZ, Defendant–Appellant.**

**Pedro M. HERNANDEZ, Plaintiff–Appellant,**

**v.**

**Richard L. BROWN, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 44472.**

Missouri Court of Appeals, Western District.

July 23, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 27, 1991.

Application to Transfer Denied Oct. 16, 1991.

**STATE of Missouri, Defendant–Respondent.**

**Nos. 16477, 17052.**

Missouri Court of Appeals, Southern District, Division Two.

July 26, 1991.

Motion for Rehearing or Transfer Denied Aug. 16, 1991.

Application to Transfer Denied Oct. 16, 1991.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J. and TURNAGE and ULRICH, JJ.

